O

```
                    FILED
           CLERK, U.S. DISTRICT COURT

                MAY - 8 2017

           CENTRAL DISTRICT OF CALIFORNIA
           BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Eugenia Rosales-Zarate <br> Defendant. | Case No.: SACR-09-00007-AG <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central Dist. of CA_, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _instant allegations; immigration status; unknown bail resources; criminal history of fraud-based offenses_

1 _____

2 _____

3    and/or

4 B.  ( ) The defendant has not met his/her burden of establishing by clear and

5    convincing evidence that he/she is not likely to pose a danger to the safety of any

6    other person or the community if released under 18 U.S.C. § 3142(b) or (c). This

7    finding is based on _____

8 _____

9 _____

10 _____

11 _____

12

13    IT THEREFORE IS ORDERED that the defendant be detained pending further

14 revocation proceedings.

15

16 DATED: May 8, 2017

           _____
           KAREN E. SCOTT
17         UNITED STATES MAGISTRATE JUDGE